Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1055

COTAPAXI CUSTOM DESIGN AND MANUFACTURING, LLC
(doing business as Cotapaxi, Inc.),

Plaintiff-Appellant,

v.

CORPORATE EDGE, INC., SCOTT LEVY,
and ROBYN SALZMAN,

Defendants-Appellees.

Surjit P. Soni, The Soni Law Firm, of Pasadena, California, argued for plaintiff-appellant.  With him on the brief was Leo E. Lundberg, Jr.

Stephen R. Buckingham, Lowenstein Sandler PC, of Roseland, New Jersey, argued for defendants-appellees.

Appealed from:  United States District Court for the District of New Jersey

Judge Joseph A. Greenaway, Jr.

Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1055

COTAPAXI CUSTOM DESIGN AND MANUFACTURING, LLC
(doing business as Cotapaxi, Inc.),

Plaintiff-Appellant,

v.

CORPORATE EDGE, INC., SCOTT LEVY,
and ROBYN SALZMAN,

Defendants-Appellees.

# Judgment

ON APPEAL from the     United States District Court
for the District of New Jersey

in CASE NO(S).     06-CV-5183

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LINN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    July 15, 2008        /s/ Jan Horbaly
Jan Horbaly, Clerk